```
Kathleen Maylin (State Bar No. 155371)
John A. Ontiveros (State Bar No. 225706)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
CHERNE CONTRACTING CORPORATION
```

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GONZALEZ, | Case No. 08 3804 |
| Plaintiff, | CERTIFICATE OF INTERESTED ENTITIES [Civil Local Rule 3-16] |
| v. | |
| CHERNE CONTRACTING CORPORATION, a business entity of unknown form; and DOES 1 TO 25, INCLUSIVE, | |
| Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND PLAINTIFF'S ATTORNEY HEREIN:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 3-16, Defendant CHERNE CONTRACTING CORPORATION hereby submits that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities, (i) have a financial interest in the subject matter in controversy, or in a part to the proceeding, or (ii) have a non-financial interest in that subject matter or in a part that could be substantially affected by the outcome of the proceeding: Cherne Contracting Corporation.

/ / /

/ / /

/ / /

---

1

CERTIFICATE OF INTERESTED ENTITIES
[Civil Local Rule 3-16]                                    Case No.

Dated: August 8, 2008

Respectfully Submitted,

JACKSON LEWIS LLP

By_____
Kathleen Maylin
John A. Ontiveros
Attorneys for Defendant
CHERNE CONTRACTING
CORPORATION

CERTIFICATE OF INTERESTED ENTITIES
[Civil Local Rule 3-16]                                             Case No.