Kathleen Maylin (State Bar No. 155371)
JOHN A. Ontiveros (State Bar No. 225706)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
CHERNE CONTRACTING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GONZALEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CHERNE CONTRACTING CORPORATION, a business entity of unknown form; and DOES 1 TO 25, INCLUSIVE,<br><br>        Defendants. | Case No. CV 08 3804 EMC<br><br>**CERTIFICATE OF SERVICE**<br><br>Removal Filed:    August 8, 2008 |

    I, David T. Casey, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On August 11, 2008, I served the following documents:

1. **NOTICE OF REMOVAL TO FEDERAL COURT [28 U.S.C. §1441(a) and (b) – Diversity of Citizenship Jurisdiction];**

2. **CERTIFICATE OF INTERESTED ENTITIES [Civil Local Rule 3-16];**

3. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

4. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;**

5.     STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN;

6.     WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;

7.     ECF REGISTRATION INFORMATION HANDOUT; and

8.     Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California [pamphlet]

in this action by placing a true and correct copy of each thereof, enclosed in a sealed envelope addressed as follows:

Christopher B. Dolan
The Dolan Law Firm
1438 Market Street
San Francisco, CA 94102
Tel.: 415-421-2800
Fax: 415-421-2830
Email: cbd@law.com

*Attorney for Plainitff:*
*Victor Gonzalez*

[X]    **BY MAIL**: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California. **[( )** *Courtesy copy by fax.*]

[ ]    BY HAND DELIVERY: I caused such envelope to be delivered by hand to the above address.

[ ]    BY OVERNIGHT DELIVERY: I caused such envelope to be delivered to the above address within 24 hours by overnight delivery service.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 11, 2008, at San Francisco, California.

_____
David T. Casey