Deverie J. Christensen (State Bar No. 243829)
John A. Ontiveros (State Bar No. 225706)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone:     (415) 394-9400
Facsimile:     (415) 394-9401

Attorneys for Defendant
CHERNE CONTRACTING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GONZALEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>CHERNE CONTRACTING CORPORATION, a business entity of unknown form; and DOES 1 TO 25, INCLUSIVE,<br><br>           Defendants. | Case No.  CV 08-3804 EMC<br><br>**NOTICE OF CHANGE OF COUNSEL** |

TO THE HONORABLE EDWARD M. CHEN, THE CLERK OF THE U.S. DISTRICT COURT, PLAINTIFF AND HIS ATTORNEY OF RECORD HEREIN:

PLEASE TAKE NOTICE that effective September 4, 2008, Kathleen Maylin (State Bar No. 155371) is no longer associated with the above-entitled case. Deverie J. Christensen (State Bar No. 243829) hereby appears as lead counsel in the above-entitled case. John A. Ontiveros (State Bar No. 225706) remains as second chair.

We request that all pleadings, correspondence and other case-related information be served accordingly to:

Deverie J. Christensen (State Bar No. 243829)
John A. Ontiveros (State Bar No. 225706)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400

1

1    Facsimile:   (415) 394-9401

2    E-mail:  christensend@jacksonlewis.com

3    E-mail:  ontiverosj@jacksonlewis.com

4

5    Dated:  September 4, 2008                Respectfully Submitted,

6                                            JACKSON LEWIS LLP

7

8                                            By
                                             Deverie J. Christensen
9                                            John A. Ontiveros
                                             Attorneys for Defendant
10                                           CHERNE CONTRACTING
                                             CORPORATION
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF COUNSEL                          Case No.  CV 08-3804 EMC