| | |
|---|---|
| 1 | KATHY MAYLIN (SBN 155371) |
| | TIMOTHY C. TRAVELSTEAD (SBN 215260) |
| 2 | JACKSON LEWIS LLP |
| | 199 Fremont Street, 10th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone:  (415) 394-9400 |
| 4 | Facsimile:    (415) 394-9401 |
| | E-mail: maylink@jacksonlewis.com |
| 5 | E-mail: travelsteadt@jacksonlewis.com |
| 6 | Attorneys for Defendant |
| | CHERNE CONTRACTING CORPORATION |
| 7 | |
| | CHRISTOPHER B. DOLAN, (SBN 165358) |
| 8 | SHAWN R. MILLER (SBN 238447) |
| | THE DOLAN LAW FIRM |
| 9 | 1438 Market St. |
| | San Francisco, CA  94102 |
| 10 | Telephone:  (415) 421-2800 |
| | Facsimile:    (415) 421-2830 |
| 11 | E-mail: chris@cbdlaw.com |
| | E-mail: shawn@cdblaw.com |
| 12 | |
| | Attorneys for Plaintiff |
| 13 | VICTOR GONZALEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GONZALEZ, | Case No. C 08-03804 EMC |
| Plaintiff, | **STIPULATION REGARDING DISMISSAL OF ACTION; AND [PROPOSED] ORDER** |
| v. | |
| CHERNE CONTRACTING CORPORATION, a business entity of unknown form; and DOES 1-25, inclusive | |
| Defendant. | Complaint Filed:  July 8, 2008 |

COMES NOW Plaintiff VICTOR GONZALEZ and Defendant CHERNE CONTRACTING CORPORATION ("CHERNE" or "Defendant"), and enter into the following Stipulation Regarding Dismissal of Action as follows:

///

1.   That the parties have fully and finally reached a resolution as to all issues and subjects of controversy between them; and,

2.   That this action, designated as Case No. 3:08-cv-03804-EMC, be dismissed, with prejudice, in its entirety.

3.   That each side shall bear its own fees and costs.

IT IS SO STIPULATED.

Dated: October ___, 2009

Respectfully submitted,

JACKSON LEWIS LLP

By: _____
Kathleen Maylin
Timothy Travelstead
Attorneys for Defendant
CHERNE CONTRACTING CORPORATION

Dated: October 5, 2009

THE DOLAN LAW FIRM

By: _____
Christopher B. Dolan
Shawn R. Miller
Attorney for Plaintiff
VICTOR GONZALEZ

## [PROPOSED] ORDER

Having reviewed the Stipulation of the parties, and good cause appearing, the Court orders as follows:

GOOD CAUSE APPEARING therefore, and pursuant to the Stipulation of the parties, Case No. 3:08-cv-03804-EMC is dismissed with prejudice, in its entirety.

IT IS SO ORDERED.

Dated: October 6, 2009
_____

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION REGARDING DISMISSAL OF ACTION;
AND [PROPOSED] ORDER